IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRISTIE BUZA; JENNY KEY; LAURA MARCONI; JOHN DZIADYK; DONALD MIKEC; AND CRAIG JOHNSTON, <br><br> on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> KRAFT FOODS GLOBAL, INC., <br><br> Defendant. | Civil Action No. 1:12-cv-00068-SJM <br><br> **DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE* OF SAMANTHA HARDY** |

**MOTION FOR ADMISSION *PRO HAC VICE* OF SAMANTHA D. HARDY**

Pursuant to Local Rule 83.2(B), the undersigned, Maria Greco Danaher, a member in good standing of the Bar of this Court, hereby makes application to admit *pro hac vice* Samantha D. Hardy to appear and participate as counsel for Defendant Kraft Foods Group, Inc.,[1] in the above-captioned action as follows:

1. Ms. Hardy is a Partner at Sheppard, Mullin, Richter & Hampton LLP, in its San Diego, California office.

2. Ms. Hardy is a member in good standing of the California State Bar and the United States District Court for the Southern District of California, the United States District Court for the Central District of California, the United States District Court for the Northern District of California, and the United States District Court for the Eastern District of California.

3. I certify that Ms. Hardy is a registered user of ECF in this Court.

4. Ms. Hardy has read, knows and understands the Local Rules of this Court.

---

[1] Effective March 16, 2012, "Kraft Foods Global, Inc." is now known as "Kraft Foods Group, Inc."

-2-

WHEREFORE, the undersigned respectfully requests that the admission *pro hac vice* of Samantha D. Hardy be granted.

Dated:  May 8, 2012

                                        By    */s/ Maria Greco Danaher*
                                                      Maria Greco Danaher (PA ID No. 47036)
                                                      Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
                                                      One PPG Place, Suite 1900
                                                      Pittsburgh, PA 15222
                                                      Tel.: 412-394-3390
                                                      Fax: 412-232-1799
                                                      maria.danaher@ogletreedeakins.com

                                                      Attorneys for Defendant
                                                      KRAFT FOODS GROUP, INC.

12328743.1 (OGLETREE)