IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRISTIE BUZA; JENNY KEY; LAURA MARCONI; JOHN DZIADYK; DONALD MIKEC; AND CRAIG JOHNSTON,<br><br>on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>KRAFT FOODS GLOBAL, INC.,<br><br>   Defendant. | Civil Action No. 1:12-cv-00068-SJM |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ASHLEY T. HIRANO

Pursuant to Local Rule 83.2(B), the undersigned, Maria Greco Danaher, a member in good standing of the Bar of this Court, hereby makes application to admit *pro hac vice* Ashley T. Hirano to appear and participate as counsel for Defendant Kraft Foods Global, Inc.,[1] in the above-captioned action as follows:

  1.  Ms. Hirano is an Associate at Sheppard, Mullin, Richter & Hampton LLP, in its San Diego, California office.

  2.  Ms. Hirano is a member in good standing of the California State Bar and the United States District Court for the Southern District of California, the United States District Court for the Central District of California, and the Ninth Circuit Court of Appeals.

  3.  I certify that Ms. Hirano is a registered user of ECF in this Court.

  4.  Ms. Hirano has read, knows and understands the Local Rules of this Court.

---

[1] Effective March 16, 2012, "Kraft Foods Global, Inc." is now known as "Kraft Foods Group, Inc."

-2-

WHEREFORE, the undersigned respectfully requests that the admission *pro hac vice* of Ashley T. Hirano be granted.

Dated:  May 8, 2012

By    */s/ Maria Greco Danaher*
Maria Greco Danaher (PA ID No. 47036)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One PPG Place, Suite 1900
Pittsburgh, PA 15222
Tel.: 412-394-3390
Fax: 412-232-1799
maria.danaher@ogletreedeakins.com

Attorneys for Defendant
KRAFT FOODS GROUP, INC.

12328892.1 (OGLETREE)