IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRISTIE BUZA; JENNY KEY; LAURA MARCONI; JOHN DZIADYK; DONALD MIKEC; AND CRAIG JOHNSTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KRAFT FOODS GLOBAL, INC.,<br><br>Defendant. | Civil Action No. 1:12-cv-00068<br><br>HIRANO AFFIDAVIT FOR ADMISSION *PRO HAC VICE* |

## AFFIDAVIT FOR ADMISSION *PRO HAC VICE* OF ASHLEY T. HIRANO

I, Ashley T. Hirano, Esquire, do hereby petition this Court to permit me to appear and participate in this case as counsel for Defendant, Kraft Foods Group, Inc.[1], and in support of this Motion state:

| | |
|---|---|
| My Firm Name is: | Sheppard, Mullin, Richter & Hampton, LLP |
| My Office Address is: | 501 West Broadway<br>19th Floor<br>San Diego, California 92101-3598 |
| My Telephone Number is: | 619-338-6547 |

I am admitted to practice before the following courts:

| | |
|---|---|
| State Supreme Courts: | California |
| U.S. District Courts: | Southern District of California |
| | Central District of California |

---

[1] Effective March 16, 2012, "Kraft Foods Global, Inc." is now known as "Kraft Foods Group, Inc."

U.S. Courts of Appeal:     Ninth Circuit

I am in good standing and eligible to practice in said courts.

I am not disbarred or under suspension in any court.

I am a registered user of ECF in this Court.

I have paid the fee in the amount of Forty Dollars ($40.00) through the ECF system required to process the Motion for Admission *Pro Hac Vice*.

I have read, and I know and understand the Local Rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

May 8, 2012

ASHLEY T. HIRANO, ESQ.