IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRISTIE BUZA; JENNY KEY; LAURA MARCONI; JOHN DZIADYK; DONALD MIKEC; AND CRAIG JOHNSTON, <br><br> on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> KRAFT FOODS GLOBAL, INC., <br><br> Defendant. | Civil Action No. 1:12-cv-00068 |

**ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Ashley T. Hirano, it is hereby ORDERED that the Motion is GRANTED.

_____
United States District Court
Judge Sean McLaughlin

12328973.1 (OGLETREE)